IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:99CR3108 |
| | ) | |
| v. | ) | |
| | ) | |
| PHILLIP ANTHONY KEYS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Following the defendant's initial appearance before me on this date,

IT IS ORDERED:

1.  The revocation hearing is set for May 25, 2007 at 12:00 noon before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2.  Defendant's conditions of release are that he abide by his conditions of supervised release and also that he reside at the Arch Halfway House and abide by all of its conditions.

DATED this 25th day of January, 2007.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge