```
        IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )          4:99CR3108
              Plaintiff,       )
                               )
    vs.                        )          ORDER
                               )
PHILLIP ANTHONY KEYS,          )
                               )
              Defendant.       )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:00 Noon on May 25, 2007,** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated: January 25, 2007.

                    BY THE COURT

                    s/ David L. Piester
                    United States Magistrate Judge